**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Gualfredo GOMEZ–GARCIA, aka
Gualfredo Gomez, Defendant–
Appellant.**

No. 11–10377.

United States Court of Appeals,
Ninth Circuit.

Submitted April 17, 2012.*

Filed April 18, 2012.

Sarah Elizabeth Dejong, USPX—Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Marc Victor, Esquire, Chandler, AZ, for Defendant–Appellant.

Before: LEAVY, PAEZ, and BEA, Circuit Judges.

MEMORANDUM **

Gualfredo Gomez–Garcia appeals his conviction by guilty plea and sentence for re-entry of a removed alien in violation of 8 U.S.C. § 1326(a).

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is **GRANTED**

**DISMISSED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.